# UNITED STATES DISTRICT COURT

**DISTRICT OF RHODE ISLAND**

**Yedili Genao Perez**,
 Plaintiff,
v.
 **Brown University, Lifespan Corporation (now Brown HealthCare), Care New England Health System, Dr. Edward Huey, Masood Manoochehri, and Colin Stein**,
 Defendants.

**Civil Action No.: [To be assigned]**

---

## MOTION TO SEAL ENTIRE CASE

**Pursuant to DRI Local Rule Cv 7(c) and Local Rule Gen 102**

Plaintiff **Yedili Genao Perez**, appearing pro se, respectfully moves this Court for an order to seal the entire record in the above-captioned matter.

This motion is submitted pursuant to **District of Rhode Island Local Rules Cv 7(c)** (governing motions) and **Gen 102** (governing sealed filings). Plaintiff seeks this relief due to the uniquely sensitive nature of the factual and evidentiary record supporting the complaint.

---

## GROUNDS FOR MOTION

Plaintiff requests that the Court seal the entire case file for the following reasons:

1. **Sensitive Medical Information**
   The case contains records related to Plaintiff's **neurodevelopmental disability diagnoses**, **panic disorder**, and **genetic conditions**. Disclosure of this information would cause irreparable emotional harm, privacy violations, and unnecessary public exposure of Plaintiff's medical history.

2. **Health Crisis Documentation**
   Plaintiff's complaint includes documentation of **mental health crises**, including disassociation and public panic attacks, tied directly to workplace harassment and mismanagement. These details are deeply personal, stigmatizing, and not necessary for public access to ensure due

process.

3. **Potential Harm and Retaliation**
   Public disclosure could **jeopardize future employment**, **expose Plaintiff to stigma**, or subject Plaintiff to **retaliation**, especially within academic and research settings where Plaintiff's field of work intersects with parties named in the case.

4. **Balancing Test Favors Sealing**
   There is **minimal public interest** in disclosure of Plaintiff's medical or genetic information, whereas the **risk of substantial harm** to the Plaintiff is high. Sealing the case preserves the integrity of the litigation while respecting the rights of a disabled, neurodivergent individual engaged in sensitive protected activity under federal law.

---

**PRAYER FOR RELIEF**

Plaintiff respectfully requests that the Court issue an order:

1. **Sealing the entire case file** including the complaint, supporting exhibits, motions, responses, and all future filings;

2. **Restricting access to the parties and the Court** unless otherwise ordered;

3. **Permitting electronic or Box submission of exhibits under seal**; and

4. **Granting such other relief as the Court deems just and proper** in light of the nature and severity of the protected issues involved.

Respectfully submitted,

**Yedili Genao Perez**