**Motion To Modify Pseudonym And Redaction Order**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Jane Doe,**
Plaintiff,

v.

**Brown University; Lifespan Corporation; Care New England Health System; et al.,**
Defendants.

Case No. 1:25-cv-00311

**PLAINTIFF'S MOTION TO MODIFY PSEUDONYM AND REDACTION ORDER**

Plaintiff Jane Doe, proceeding pro se and under pseudonym by Court order (ECF No. [Order, July 29, 2025]), respectfully moves this Court to modify its prior order concerning redactions and pseudonymity to permit the following:

1. That in the public redacted version of Plaintiff's Amended Complaint and related filings, individual supervisors and staff members be referred to only by role descriptors (e.g., "Principal Investigator," "Supervisor 1," "Supervisor 2," "Former Operations Manager"), rather than by personal names.
2. That the unredacted sealed version of the Amended Complaint continue to include the full names of these individuals, ensuring that Defendants and the Court receive complete notice of the parties involved.

**GROUNDS FOR MOTION**

1. On July 29, 2025, the Court ordered that Plaintiff may proceed pseudonymously as "Jane Doe" and that sensitive medical and personal information be filed under seal.
2. Plaintiff works in a highly specialized and small research community where the naming of her direct supervisors and colleagues in public filings would immediately reveal her identity, thereby undermining the protections afforded by the Court's pseudonym order.
3. The use of role descriptors in public filings strikes the proper balance between:
    a. Protecting Plaintiff's identity and privacy in line with the Court's prior order; and
    b. Preserving Defendants' right to notice and due process through the unredacted sealed version, where the individuals' full names are provided.
4. Federal courts have allowed similar accommodations in sensitive cases (e.g., whistleblower, Title IX, and disability matters) where the disclosure of counterparties' identities would effectively unmask the pseudonymous plaintiff.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court modify its July 29, 2025 order to allow:

A. Individual supervisors and staff members to be referred to by role descriptors only in the public redacted version of filings; and
B. Their full names to remain in the unredacted sealed version filed pursuant to Local Rule Gen 102(b).

Respectfully submitted,

Jane Doe (pro se)

Dated: September 5, 2025