Motion To File Redacted And Sealed Amended Complaint

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
**Jane Doe**,
Plaintiff,
v.
**Brown University; Lifespan Corporation; Care New England Health System; et al.**,
Defendants.
Case No. 1:25-cv-00311

**PLAINTIFF'S MOTION TO FILE REDACTED AMENDED COMPLAINT WITH SEALED UNREDACTED VERSION**
Plaintiff **Jane Doe**, proceeding pro se and under pseudonym by Court order (ECF No. [July 29, 2025 Order]), respectfully moves this Court for leave to file a **Redacted Amended Complaint** on the public docket and to file an **Unredacted Amended Complaint with Exhibits A–I under seal** pursuant to Local Rule Gen 102(b).

**GROUNDS FOR MOTION**
1. On July 29, 2025, the Court granted Plaintiff leave to proceed under pseudonym and directed that sensitive medical and identifying information be protected from public disclosure.
2. Plaintiff has prepared:
    - A **Redacted Amended Complaint (Public Version)** that substitutes role descriptors for certain individual supervisors and omits sensitive details, consistent with Plaintiff's Motion to Modify Pseudonym and Redaction Order.
    - An **Unredacted Amended Complaint (UNDER SEAL)** containing full names of supervisors, detailed factual allegations, and complete exhibit references.
3. Plaintiff has also prepared **Sealed Exhibits A–I**, consisting of medical, neuropsychological, HR, and timeline documents referenced in the Amended Complaint.
4. Filing the Redacted Complaint publicly while maintaining the Unredacted Complaint and exhibits under seal preserves the balance between protecting Plaintiff's privacy and pseudonymity, while ensuring the Court and Defendants have complete notice of the claims.

**REQUEST FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests that this Court enter an order:
A. Granting leave to file the **Redacted Amended Complaint** on the public docket; B. Accepting for filing the **Unredacted Amended Complaint** and **Exhibits A–I** under seal pursuant to LR Gen 102(b); C. Granting such other relief as the Court deems just and proper.

**Respectfully submitted,**
**Jane Doe** (pro se)
Dated: September 5, 2025