UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE<br><br>Plaintiff,<br>v.<br><br>BROWN UNIVERSITY,<br>LIFESPAN COROPRATION,<br>CARE NEW ENGLAND HEALTH SYSTEM, DR. EDWARD HUEY,<br>MASOOD MANOOCHEHRI,<br>COLIN STEIN, and WILLIAM MENARD<br><br>Defendants. | CASE NO. 1:25-cv-00311-MSM-PAS |

**DEFENDANT BROWN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

Defendant Brown University is a non-profit educational corporation, which is not a subsidiary of any other corporation and has no stock.

Respectfully submitted,

**BROWN UNIVERSITY**

*/s/ Mitchell R. Edwards*
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
medwards@hinckleyallen.com

Dated: May 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026 a copy of the foregoing document was filed through the ECF filing system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system:

Matthew H. Parker, Esq.
WHELAN CORRENTE & FLANDERS LLP
200 Westminster Street, Suite 710
Providence, RI 02903

James A. Musgrave, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903

I hereby further certify that on this date, I served the foregoing by causing a true and correct copy of the same to be sent by first class mail to the following:

Jane Doe
3980 Hillman Ave., Apt. 4E
Bronx, NY 10463

*/s/ Mitchell R. Edwards*