UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JANE DOE<br><br>Plaintiff,<br>v.<br><br>BROWN UNIVERSITY,<br>LIFESPAN COROPRATION,<br>CARE NEW ENGLAND HEALTH<br>SYSTEM, DR. EDWARD HUEY,<br>MASOOD MANOOCHEHRI,<br>COLIN STEIN, and WILLIAM MENARD<br><br>Defendants. | ) | CASE NO. 1:25-cv-00311-MSM-PAS |

**DEFENDANT BROWN UNIVERSITY'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Now comes the Defendant, Brown University ("Brown," or "Defendant"), and hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to Dismiss Plaintiff Jane Doe's ("Plaintiff") Amended Complaint ("Complaint") for failure to state a claim upon which relief can be granted. Plaintiff, who was briefly employed by Brown as a Program Coordinator in the Butler Hospital Memory and Aging Program, was subjected to a position elimination when the grant funding that supported the position was lost in late 2024. As set forth in the accompanying Memorandum of Law, Plaintiff's claims against Brown should be dismissed because Plaintiff's Complaint fails to state a claim under any antidiscrimination laws against Brown. Plaintiff fails to set forth facts demonstrating she was a qualified individual with a disability, and fails to set forth factual allegations supporting her discrimination or retaliation claims. Additionally, Plaintiff's hostile work environment claims are legally deficient because she has not alleged that any purported harassment was based on her disability or any other protected characteristic, as opposed

to legitimate performance management, and her False Claims Act claim fails because she has not alleged any actual or suspected fraud on the federal government.

As additional grounds for this Motion, Defendant relies on the accompanying Memorandum of Law.

WHEREFORE, pursuant to Rule 12(b)(6), Defendant requests that the Court grant this Motion and dismiss Plaintiff's Complaint in its entirety as against it, pursuant to Rule 12(b)(6).

Respectfully submitted,

**BROWN UNIVERSITY**

*/s/ Mitchell R. Edwards*
Mitchell R. Edwards (#6942)
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
medwards@hinckleyallen.com

Dated: May 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026 a copy of the foregoing document was filed through the ECF filing system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system:

Matthew H. Parker, Esq.
WHELAN CORRENTE & FLANDERS LLP
200 Westminster Street, Suite 710
Providence, RI 02903

James A. Musgrave, Esq.
ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903

I hereby further certify that on this date, I served the foregoing by causing a true and correct copy of the same to be sent by first class mail to the following:

Jane Doe
3980 Hillman Ave., Apt. 4E
Bronx, NY 10463

*/s/ Mitchell R. Edwards*